UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BETH ANN KEEFE, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )    Civil No. 09-116-B-W ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 29, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

                                               /s/ John A. Woodcock, Jr.
                                               JOHN A. WOODCOCK, JR.
                                               CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2010